IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEVI J. MEYERS, #Y46512,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-00454-SMY |
| | ) |
| **TYLER J. PEDROLEY,** | ) |
| **JOSHUA A. SCHOENBECK,** | ) |
| **and ANTHONY D. WILLS,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED with prejudice** for failure to state a claim, the parties to bear their own costs.

**DATED**: **May 27, 2025**

                                                                MONICA A. STUMP
                                                                CLERK of COURT

                                                               By: _s/ Megan Domina_
                                                                      Deputy Clerk

APPROVED: _s/ Staci M. Yandle_
                       Staci M. Yandle
                       United States District Judge